**This order is SIGNED.**

Dated: May 31, 2018



KEVIN R. ANDERSON
U.S. Bankruptcy Judge

slo

Lon A. Jenkins (4060)
Tami Gadd-Willardson (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| IN RE:<br>LEE N KASTELER<br>LUSE L TEO<br><br>Debtors | CASE NO: 18-21517<br>Chapter 13<br>Hon. KEVIN R. ANDERSON<br><br>Confirmation Hearing: May 22, 2018 |
|---|---|

**ORDER CONTINUING CONFIRMATION HEARING
FOLLOWING CONTESTED CONFIRMATION HEARING**

A hearing on confirmation of the Chapter 13 plan came before this Court on May 22, 2018   1:00 pm.  The Standing Chapter 13 Trustee appeared personally or by counsel and other parties, if any, made their appearances on the record.  Based on the representations of counsel and the Trustee, and having determined that all requirements for confirmation have NOT been met, the Court hereby ORDERS:

The hearing on confirmation is continued to July 17, 2018 at 2:00 PM.

# CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the foregoing Order was served by ECF (as indicated below) or addressed to the following persons and deposited in the U.S. Mail, first-class postage prepaid, on May 23, 2018.  Pursuant to Rule 9021-(c), Local Rules of Practice of the United States Bankruptcy Court for the District of Utah, persons who appeared at the hearing, and who have not otherwise approved the Order, shall have eight (8) days from the date of service to file an objection to the form of the Order.  If an objection is not timely filed, the Order shall be deemed approved, and the Court may enter the Order.

LINCOLN LAW, LOU GEHRIG HARRIS, ESQ.,  ECF NOTIFICATION

/S/ Jami Bryant

## DESIGNATION OF PARTIES TO BE SERVED

CHAPTER 13 TRUSTEE - ECF NOTIFICATION

LEE N KASTELER AND LUSE L TEO, 2844 OLD ARBOR LANE , SALT LAKE CITY, UT  84120

LINCOLN LAW, LOU GEHRIG HARRIS, ESQ., ECF Notification