Lou G Harris, Bar No. 9405
Lincoln Law SL, LLP
405 South, Main Street
Salt Lake City, UT 84111
Phone: (801) 386-8550
Facsimile: (800) 584-6826
help@lincolnlaw.com
Attorney for Lee Kasteler and Luse Teo

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In Re:<br><br>LEE L KASTELER AND<br><br>LUSE L TEO<br><br>Debtors. | Case No: 18-21517<br><br>Chapter 13<br><br>Judge: Kevin R. Anderson<br><br>**CHANGE OF ADDRESS FORM** |

## REQUEST FOR NOTICE

**Former mailing address for Lee Kasteler and Luse Teo:**

Name:                          Lee Kasteler and Luse Teo
Street                         2844 Old Arbor Lane
City, State and Zip            Salt Lake City, UT 84120

**New mailing address for Lee Kasteler and Luse Teo:**

Name:                          Lee Kasteler and Luse Teo
Street                         6890 W 4035 S
City, State and Zip            West Valley City, UT 84128


Dated: <u>June 12, 2018</u>                                    /s/Lou G Harris
                                                               Attorney for Debtor